**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY and JASON SOUZA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00992-APG-NJK<br><br>**ORDER GRANTING STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 25, 2020 through and including **July 16, 2020**. Plaintiff and Equifax are actively engaged in settlement discussions. The

/ / /

/ / /

/ / /

64470164v.1

1  / / /

2  additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation

3  is filed in good faith and not intended to cause delay.

4       Respectfully submitted this 18th day of June, 2020.

| | |
|---|---|
| CLARK HILL, PLLC | *No Opposition* |
| By: //s// Jeremy J. Thompson<br>JEREMY J. THOMPSON, ESQ.<br>Nevada Bar No. 12503<br>CLARK HILL, PLLC<br>3800 Howard Hughes Pkwy., Suite 500<br>Las Vegas, NV 89169<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 862-8400<br>Email: jthompson@clarkhill.com<br>*Attorneys for Defendant*<br>*Equifax Information Services LLC* | //s// Steven A. Albert<br>STEVEN A. ALPERT, ESQ.<br>Nevada Bar No. 8353<br>PRICE LAW GROUP, APC<br>5940 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Telephone: (702) 794-1457<br>Facsimile: (866) 401-1457<br>Email: alpert@pricelawgroup.com<br>*Attorney for Plaintiffs* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  **June 19, 2020**

- 2 -

64470164v.1