JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
Telephone: (702) 862-8300
Facsimile:  (702) 862-8400
Email: jthompson@clarkhill.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY and JASON SOUZA,<br><br>Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:20-cv-00992-APG-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 16, 2020 through and including **July 30, 2020**. Plaintiff and Equifax are actively engaged in settlement

/ / /

/ / /

/ / /

/ / /

64841566v.1
ClarkHill\95782\337215\260211484.v1-7/15/20

discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 15th day of July, 2020.

CLARK HILL, PLLC

By: /s/ *Jeremy J. Thompson*
Jeremy Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**No Opposition**

/s/ Steven A. Albert, Esq.
Steven A. Albert
Nevada Bar No. 8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Tel: 702-794-1457
Fax: 866-401-1457
Email: alpert@pricelawgroup.com
*Attorneys for Plaintiff*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 16, 2020

- 2 -

64841566v.1
ClarkHill\95782\337215\260211484.v1-7/15/20