UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY SOUZA, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, et al.,<br><br>　　　Defendant(s). | Case No.: 2:20-cv-00992-APG-NJK<br><br>**ORDER** |

　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than August 17, 2020.

　　IT IS SO ORDERED.

　　Dated: August 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1