Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd.
Las Vegas, NV 89118
T: 702-794-2008
F: 866-401-1457
E: alpert@pricelawgroup.com

*Attorney for Plaintiffs,*
*Ashley and Jason Souza*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ashley and Jason Souza,<br><br>      Plaintiffs,<br><br>      v.<br><br>Shellpoint Mortgage Servicing, TransUnion, LLC, and Equifax Information Services, LLC,<br><br>      Defendants. | Case No. 2:20-cv-0992-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Ashley and Jason Souza ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

    1.    The Parties have entered into a confidential settlement agreement with respect to this action.

    2.    The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this 18th day of August 2020.

By: */s/ Steven A. Alpert*
Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC
5940 S Rainbow Blvd.
Las Vegas, NV 89118
T: 702-794-2008
F: 866-401-1457
E: alpert@pricelawgroup.com

*Attorney for Plaintiffs,
Ashley and Jason Souza*

By: */s/ Jeremy Thompson*
Jeremy Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant
Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/* Roxanne Harris