1

Steven A. Alpert, NV Bar # 8353
PRICE LAW GROUP, APC

2

5940 S Rainbow Blvd.
Las Vegas, NV 89118

3

T: 702-794-2008

4

F: 866-401-1457
E: alpert@pricelawgroup.com

5

6

David A. Chami, AZ Bar #027585
Admitted *pro hac vice*

7

PRICE LAW GROUP, APC

8

8245 N. 85th Way
Scottsdale, AZ 85258

9

T: (818) 600-5515
E: david@pricelawgroup.com

10

11

*Attorney for Plaintiffs,*
*Ashley and Jason Souza*

12

13

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

14

15

Ashley and Jason Souza,

Case No. 2:20-cv-0992-APG-NJK

16

Plaintiffs,

17

**STIPULATION AND ORDER
TO DISMISS WITH PREJUDICE
DEFENDANT NEWREZ LLC
D/B/A SHELLPOINT MORTGAGE
SERVICING**

v.

18

19

Shellpoint Mortgage Servicing,
TransUnion, LLC, and Equifax
Information Services, LLC,

20

21

Defendants.

22

23

24

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Ashley

25

and Jason Souza ("Plaintiffs") and Defendant NewRez LLC d/b/a Shellpoint Mortgage

26

Servicing ("SMS") (together, the "Parties"), by and through their respective undersigned

27

counsel of record, hereby stipulate to and agree, as follows:

28

1. The Parties have entered into a confidential settlement agreement with respect to this action.

2. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

 Respectfully submitted this 4th day of January 2021.

By: */s/David A. Chami*
David A. Chami, AZ Bar #027585
Admitted *pro hac vice*
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
E: david@pricelawgroup.com

By: */s/ Natalie L. Winslow*
Ariel E. Stern, NV Bar No. 8276
Natalie L. Winslow, NV Bar No. 12125
Rex D. Garner, NV Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
T: (702) 634-5000
E:  ariel.stern@akerman.com
E:  natalie.winslow@akerman.com
E:  rex.garner@akerman.com

*Attorneys for Plaintiffs,*
*Ashley and Jason Souza*

*Attorneys for Defendant*
*NewRez LLC d/b/a*
*Shellpoint Mortgage Servicing*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 4, 2021

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Florence Lirato*

- 3 -